1  SUNNY S. HUO (State Bar No. 181071)
   ALEX SEARS (State Bar No. 232491)
2  acs@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   GUILD MORTGAGE COMPANY,
7  CALIFORNIA HOUSING FINANCE
   AGENCY, and MORTGAGE
8  ELECTRONIC REGISTRATION
   SYSTEMS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA N. BYRD, an individual; and STEVEN H. LUCORE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GUILD MORTGAGE COMPANY; CALIFORNIA HOUSING FINANCE AGENCY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-20, inclusive, <br><br> Defendants | Case No.  **'11 CV 2204 WQH WVG** <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS [FED. R. CIV. P. 7.1]** <br><br> Complaint Date:   August 24, 2011 |

TO THE COURT AND TO ALL PARTIES OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendants Guild Mortgage Company ("Guild"), California Housing Finance Agency ("CHFA"),

- 1 -

and Mortgage Electronic Registration Systems, Inc. ("MERS") (together, "Defendants"), hereby provides the following Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1:

    1.    Defendant Guild Mortgage Company, a California Corporation ("GMC") is wholly owned by Guild Mortgage Company, a Delaware Limited Liability Company ("GMC LLC"). Approximately 20% of GMC LLC is owned by Guild Management LLC. The other 80% of GMC LLC is owned by Fulcrum Mortgage, LLC.

    2.    Mortgage Electronic Registration Systems, Inc. is a wholly-owned subsidiary of MERSCORP, Inc., a privately held Delaware stock corporation.

DATED: September 21, 2011

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By:     /s/ *Alex Sears*
    Alex Sears

Attorneys for Defendants
GUILD MORTGAGE COMPANY,
CALIFORNIA HOUSING FINANCE
AGENCY, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.