SUNNY S. HUO (State Bar No. 181071)
ALEX SEARS (State Bar No. 232491)
acs@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
GUILD MORTGAGE COMPANY,
CALIFORNIA HOUSING FINANCE
AGENCY, and MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA N. BYRD, an individual; and STEVEN H. LUCORE, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> GUILD MORTGAGE COMPANY; CALIFORNIA HOUSING FINANCE AGENCY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-20, inclusive, <br><br> Defendants | Case No. 3:11-cv-02204-WQH-WVG <br><br> **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT [FED. R. CIV. P. 12(B)(6)]** <br><br> Hearing Date: Monday, November 7, 2011 <br> Time: 11:00 AM <br><br> *[NO ORAL ARGUMENT UNLESS REQUESTED BY COURT; TELEPHONIC APPEARANCE REQUESTED BY DEFENDANTS IF COURT SETS ORAL ARGUMENT]* <br><br> Courtroom: 4 <br> Judge: Hon. William Q. Hayes <br><br> Complaint Date: August 24, 2011 <br> Trial Date: Not Yet Set |

- 1 -

## AMENDED NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on Monday, November 7, 2011, at 11:00 AM, or as soon thereafter as counsel may be heard in Courtroom 4, located at the Edward J. Schwartz United States Courthouse at 940 Front Street, San Diego, California, before the Honorable William Q. Hayes, the instant motion to dismiss will be heard.

**THERE WILL BE NO ORAL ARGUMENT UNLESS THE COURT REQUESTS ORAL ARGUMENT BY THE PARTIES.**

Defendants Guild Mortgage Company, California Housing Finance Agency, and Mortgage Electronic Registration Systems, Inc. ("Defendants") hereby move under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint of plaintiffs Tricia N. Byrd and Steven H. Lucore, and each and every cause of action stated against them therein, on the grounds that the Complaint fails to state a claim against any of the Defendants.

In the event the Court requests oral argument, Defendants also request to appear at any such hearing telephonically, pursuant to the accompanying Provisional Request for Telephonic Appearance.

The motion is based on this Notice and Motion, along with the following documents previously filed on September 29, 2011: the Memorandum of Points and Authorities, and the accompanying Request for Judicial Notice, as well as the the the Complaint and all other records on file in this action, and any further briefs, evidence, authorities, or argument presented before or at the hearing of this motion.

DATED: September 30, 2011

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: _____ /s/ Alex Sears _____
Alex Sears

Attorneys for Defendants
GUILD MORTGAGE COMPANY,
CALIFORNIA HOUSING FINANCE
AGENCY, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

**PROOF OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy of the following document(s):

**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT [FED. R. CIV. P. 12(B)(6)]**

on all interested parties in said case addressed as follows:

Steven H. Lucore                        Tricia N. Byrd
11132 Summit Avenue                     5700 Baltimore Drive #101
Santee, CA 92071                        La Mesa, CA 91942

Pro Se Plaintiff                        Pro Se Plaintiff

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) at _____ a.m./p.m. using e-mail address (____@severson.com) to the e-mail address designated for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is executed in San Francisco, California, on September 30, 2011.

/s/ Isabel Kunst
Isabel Kunst