1  SUNNY S. HUO (State Bar No. 181071)
   ALEX SEARS (State Bar No. 232491)
2  acs@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   GUILD MORTGAGE COMPANY,
7  CALIFORNIA HOUSING FINANCE
   AGENCY, and MORTGAGE
8  ELECTRONIC REGISTRATION
   SYSTEMS, INC.
9

10
                       UNITED STATES DISTRICT COURT
11
                      SOUTHERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| TRICIA N. BYRD, an individual; and STEVEN H. LUCORE, an individual, | Case No. 3:11-cv-02204-WQH-WVG |
| Plaintiffs, | **[PROVISIONAL] REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS COMPLAINT** |
| vs. | Hearing Date:  Monday, November 7, 2011<br>Time:  11:00 AM |
| GUILD MORTGAGE COMPANY; CALIFORNIA HOUSING FINANCE AGENCY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-20, inclusive, | Courtroom:  4<br>Judge:  Hon. William Q. Hayes |
| Defendants | Complaint Date:  August 24, 2011<br>Trial Date:  Not Yet Set |

23        TO THE COURT, PLAINTIFFS, AND ANY OTHER INTERESTED PARTIES:

24        PLEASE TAKE NOTICE that defendants Guild Mortgage Company, California Housing

25  Finance Agency, and Mortgage Electronic Registration Systems, Inc. ("Defendants") respectfully

26  request, provisionally, to appear telephonically at the hearing on their Motion to Dismiss the

27  Complaint ("Motion"), which is currently set for Monday, November 7, 2011, at 11:00 AM in

28
                                            - 1 -

Courtroom 4, located at the Edward J. Schwartz United States Courthouse at 940 Front Street, San Diego, California.

This Request is made provisionally, in the event the Court requests that the parties appear to argue the Motion orally. In the event the Court determines, in its discretion, to decide the Motion on the papers without oral argument, this Request will be moot.

Good cause exists to grant this Request because Defendants' counsel is located in San Francisco, and Defendants would incur significant travel costs and attorneys' fees if he were to be required to appear in person at a hearing on the Motion. Defendants believe the objectives of the Motion can be accomplished if their counsel appears by telephone.

The undersigned counsel's direct landline telephone number is 415-677-5635.

DATED: September 30, 2011　　　　　　　　　Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:　　　　/s/ *Alex Sears*
　　　　　　Alex Sears

Attorneys for Defendants
GUILD MORTGAGE COMPANY,
CALIFORNIA HOUSING FINANCE
AGENCY, and MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.

## PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy of the following document(s):

**[PROVISIONAL] REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS COMPLAINT**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Steven H. Lucore | Tricia N. Byrd |
| 11132 Summit Avenue | 5700 Baltimore Drive #101 |
| Santee, CA 92071 | La Mesa, CA 91942 |
| | |
| Pro Se Plaintiff | Pro Se Plaintiff |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY FAX)** By use of facsimile machine telephone number (415) 956-0439, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error. The attached transmission report, which sets forth the date and time for the transmission, was properly issued by the transmitting facsimile machine.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above document(s) via electronic transmission (e-mail) at _____ a.m./p.m. using e-mail address (___@severson.com) to the e-mail address designated for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration is executed in San Francisco, California, on September 30, 2011.

/s/ Isabel Kunst
Isabel Kunst